# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Tavalas Antuane Gaye Jr.

)
)
)
)
)
)
)

Case No. 8:25-mj-2897-CPT

*Defendant*

## ARREST WARRANT

SEP 2 2025 PM2:05
FILED - USDC - FLMD - TPA

RCVD USMS M/FL-TMPA
2025 AUG 29 PM...57

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Tavalas Antuane Gaye Jr.                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1); and
Distribution of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

Date:     August 29, 2025

_____
*Issuing officer's signature*

City and state:                 Tampa, FL

Christopher P. Tuite, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 29 Aug 25 , and the person was arrested on *(date)* 29 Aug 25 at *(city and state)* Tampa, FL . |

Date: 29 Aug 25

_____
*Arresting officer's signature*

ORTIZ, FRANK A. - USM - TAMPA, FL
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Tavalas Antuane Gaye Jr.

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:   12/16/1998

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____