## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                     Case No. 8:25-mj-2897-CPT

TAVALAS ANTUANE GAYE, JR.

### CLERK'S MINUTES
Proceeding: Initial Appearance
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: August 29, 2025
Deputy Clerk: Ashley Sanders                             Time: 2:36 PM
USPO: Charlene Cohen                                     Recess: 3:21 PM
Court Reporter: Digital                                  Total Time: 45 min
Interpreter: none                                        *Held with other duty matters (10 min)

Counsel for USA: David Sullivan, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Complaint. Defendant waives preliminary hearing.

BOND:      <u>Government:</u>  moves for detention.

           <u>Defendant:</u>    reserves.

Court orders defendant detained pending trial. Defendant may revisit the matter.

Oral due process order pronounced.

Recess.