UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

TAVALAS ANTUANE GAYE JR.

CASE NO. 8:25-cr-465-WFJ-NHA

21 U.S.C. § 841(a)(1)
(Distribution of Cocaine)
18 U.S.C. § 922(g)(1)
(Possession of a Firearm or
Ammunition by a Convicted Felon)


FILED

SEP 23 2025

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Cocaine)

On or about August 5, 2025, in the Middle District of Florida, and elsewhere,

the defendant,

TAVALAS ANTUANE GAYE JR.

aided and abetted by another, did knowingly and intentionally distribute a controlled

substance. The violation involved a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

### COUNT TWO
### (Distribution of Cocaine)

On or about August 12, 2025, in the Middle District of Florida, and

elsewhere, the defendant,

TAVALAS ANTUANE GAYE JR.

aided and abetted by another, did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT THREE
### (Distribution of Cocaine)

On or about August 25, 2025, in the Middle District of Florida, and elsewhere, the defendant,

TAVALAS ANTUANE GAYE JR.

aided and abetted by another, did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
### (Possession of a Firearm or Ammunition by a Convicted Felon)

On or about August 29, 2025, in the Middle District of Florida, the defendant,

TAVALAS ANTUANE GAYE JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Grand Theft Motor Vehicle on or about June 22, 2022

2. Leaving the Scene of a Crash involving Injury, on or about June 22, 2022

3. Fleeing or Eluding, on or about June 22, 2022

did knowingly possess, in and affecting interstate and foreign commerce, a firearm

and ammunition, that is, a Glock 30S .45 caliber pistol and .45 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated

by reference for the purpose of alleging forfeiture pursuant to the provisions of 21

U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any

property constituting, or derived from, any proceeds the defendant obtained, directly

or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such

violation.

3. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Glock 30S

.45 caliber pistol and .45 caliber ammunition.

4. If any of the property described above, as a result of any acts or

omissions of the defendant:

3

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
David P. Sullivan
Assistant United States Attorney

By: _____
James C. Preston
Assistant United States Attorney
Chief, Violent Crimes and Racketeering Section

4

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TAVALAS ANTUANE GAYE JR.

INDICTMENT

Violations:   21 U.S.C. § 841(a)(1)
              18 U.S.C. § 922(g)(1)

A true bill.

███████████████████████

Foreperson

Filed in open court this 23rd day

of September, 2025.

_____ Clerk

Bail $_____