**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                     Case No. 8:

_____

**NOTICE OF APPEARANCE**

Comes now, _____, attorney for Defendant, and hereby

enters this Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

**WAIVER OF DEFENDANT'S PRESENCE AT**
**ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

I, _____, the above-named defendant, do

hereby waive my right to be present, and the right to have my counsel present at

Arraignment. I enter a plea of not guilty to the charges.  I hereby state that I have

received a copy of the charging. It has been read to me, and the charges have been

explained to me.

_____          _____
Counsel for Defendant                    Defendant


Date:_____

**REQUEST FOR DISCOVERY**

Comes now, _____, by and through his

undersigned attorney, and hereby gives notice that (he/she/it) will participate in all

discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned

cause.

_____
(Counsel for Defendant)
(Address, Phone # & Bar #)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by

_____ to the Office of the United States Attorney, this _____ day of

_____, 20__.

_____
, Esquire

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY**

I hereby accept the Defendant's waiver of their presence and the presence of

their attorney at the Arraignment and direct that the plea of not guilty be received for

filing.   The matter of discovery will be addressed by separate order.

_____
Natalie Hirt Adams
UNITED STATES MAGISTRATE JUDGE

Date:_____