# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No. 8: 25-cr-00465-WFJ-NHA

_Tavalas Antuane Gaye, Jr._

### NOTICE OF APPEARANCE

Comes now, ___Ryan Maguire___, attorney for Defendant, and hereby enters this Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

### WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, ___Tavalas Antuane Gaye, Jr.___, the above-named defendant, do hereby waive my right to be present, and the right to have my counsel present at Arraignment. I enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging. It has been read to me, and the charges have been explained to me.

_____          _____
Counsel for Defendant                          Defendant

Date:_____9/25/2025_____

1

## REQUEST FOR DISCOVERY

Comes now, **Tavalas Antuane Gaye, Jr.**, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notice of the electronic filing to the Office of the United States Attorney, this 25th day of September 2025.

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE
## AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the

presence of their attorney at the Arraignment and direct that the plea of not

guilty be received for filing. The matter of discovery will be addressed by

separate order.

_____

Natalie Hirt Adams
UNITED STATES MAGISTRATE JUDGE

Date:_____