UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Tavalas Antuane Gaye, Jr.
8:25-cr-00465-WFJ-NHA

| | |
|---|---|
| **Date**: October 10, 2025 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 11:15 AM–11:17 AM    Total: 2 min | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| David Sullivan, AUSA | Ryan Maguire, AFPD-Appearance waived |

| **Arraignment** |
|---|

Government counsel present.

Defendant and his counsel not present. Both waived appearances. Court accepts the waiver.

Not guilty plea entered by Defendant via written waiver as to all counts.

Arraignment is held.

Motion for discovery by defendant via Doc. 15.

Oral order government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal Discovery by Government.

Oral order to defendant to provide reciprocal discovery under Rule 16(b).

Trial set for October 2025 trial term beginning December 1, 2025 before District Judge Jung. Telephonic Status conference on November 13, 2025 at 11:00am.

Pretrial Discovery order to be entered by Judge Adams.

Due process oral order given.

Court in recess.