UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:25-cr-465-WFJ-NHA

TAVALAS ANTUANE GAYE JR

**NOTICE OF APPEARANCE**

Please note the appearance of Assistant United States Attorney Suzanne C.

Nebesky, as co-counsel for the Government in regard to forfeiture proceedings in the

above-styled cause.  The Government requests that any and all pleadings,

correspondence, and other matters pertaining to this case be directed to the

undersigned, as well as to Assistant United States Attorney David P. Sullivan, on

behalf of the Government.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney


By:      *s/Suzanne C. Nebesky*
         SUZANNE C. NEBESKY
         Assistant United States Attorney
         Fla. Bar No. 59377
         400 N. Tampa Street, Suite 3200
         Tampa, Florida 33602
         (813) 274-6000 – telephone
         E-mail: suzanne.nebesky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney