UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 8:25-cr-465-WFJ-NHA

TAVALAS ANTUNAE GAYE JR.

### NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not seek criminal forfeiture of the Glock GMBH 30S pistol bearing serial number BLYU381 and assorted ammunition seized from the defendant on or about August 29, 2025, as identified as subject to forfeiture in the Indictment (Doc. 12), because the Bureau of Alcohol, Tobacco, Firearms and Explosives administratively forfeited the assets on February 18, 2026.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:     *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney