UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Tavalas Antuane Gaye, Jr.
8:25-cr-00465-WFJ-NHA

| | |
|---|---|
| **Date**: May 22, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:27 PM–3:01 PM\|   Total:  34 Mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| David Sullivan, AUSA | Ryan Maguire, AFPD |

| **Plea Hearing** |
|---|

Plea Agreement filed.

Defendant sworn.

Court finds Defendant competent to enter a plea of guilty.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charges, penalties, and rights and reviews Indictment and Notice of Maximum Penalties

Defendant admits factual basis as read by government except denies he was a passenger in the car referenced in the August 5th transaction.

Court finds facts admitted support essential elements of counts one, two, three, and four.

Plea of guilty entered by Defendant as to Counts One, Two, Three, and Four of the Indictment.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Defendant referred for presentence investigation.

Sentencing schedule to be determined.

Defendant remanded to the custody of the USMS.

Court in recess.