**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              Case No. 8:25-cr-465-WFJ-NHA

TAVALAS ANTUANE GAYE, JR.

---

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, Tavalas Antuane Gaye, Jr., entered a plea of guilty to Counts One, Two, Three, and Four of the Indictment before Magistrate Judge Natalie Hirt Adams on May 22, 2026. The Magistrate Judge issued a Report and Recommendation in which she recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Tavalas Antuane Gaye, Jr., be adjudicated guilty as to Counts One, Two, Three, and Four of the Indictment.

3. That sentencing be scheduled for *August 27, 2026, at 11:30 AM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 5th day of June 2026.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record
               U.S. Pretrial Services
               U.S. Probation Office
               U.S. Marshal Service