# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                      **Case No. 8:25-cr-00465-WFJ-NHA**

**TAVALAS ANTUANE GAYE, JR.**
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING
## AND ASSOCIATED DEADLINES

Defendant, Tavalas Antuane Gaye, Jr., by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the sentencing hearing presently set for August 26, 2026, by thirty (30) days and to extend the associated presentence deadlines accordingly. The government does not oppose this request. As grounds in support thereof, Mr. Gaye states:

1. Mr. Gaye was arrested and made his initial appearance on August 29, 2025. The Court appointed counsel and ordered him detained pending trial. Docs. 1, 8, 10.

2. On September 23, 2025, a four-count indictment was returned charging Mr. Gaye with three counts of distribution of cocaine, in violation of 21 U.S.C. § 841(a)(1), and one count of possession of a firearm or ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Doc. 12.

1

3. On May 22, 2026, Mr. Gaye entered a guilty plea before the Honorable Natalie Hirt Adams, United States Magistrate Judge, who issued a Report and Recommendation concerning the plea. Docs. 42-45.

4. On June 5, 2026, the Court adopted the Report and Recommendation, accepted Mr. Gaye's guilty plea, adjudicated him guilty, and set sentencing for August 27, 2026, at 11:30 a.m. Docs. 47-48.

5. On July 8, 2026, the Court rescheduled the hearing to August 26, 2026, at 9:30 a.m. Doc. 49.

6. The initial Presentence Investigation Report was made available to the parties on July 22, 2026. Doc. 50.

7. The defense seeks a one-month (30-day) continuance to permit undersigned counsel adequate time to review the initial Presentence Investigation Report with Mr. Gaye. Undersigned counsel was out of state for training in Iowa when the report was made available and did not receive it until arriving there. Because of the resulting time constraints, counsel was not able to meet with Mr. Gaye until this week. Additional time is necessary to review the report with Mr. Gaye, investigate any issues, prepare and file objections, and prepare for sentencing. The defense therefore respectfully requests a thirty-day continuance and a corresponding extension of all associated presentence deadlines.

8. Undersigned counsel has conferred with Assistant United States Attorney David Sullivan, who advises that the government does not oppose the relief requested.

9. Mr. Gaye agrees with this motion.

## MEMORANDUM OF LAW

Local Rule 3.08(a) requires a party to timely move for a continuance, explain in detail why the continuance is warranted, and describe the effort to resolve any scheduling conflict. This motion satisfies those requirements. The requested thirty-day continuance is necessary to permit meaningful review of the initial Presentence Investigation Report with Mr. Gaye and adequate preparation of any objections and sentencing submissions. The request is made in good faith, in the interest of justice, and not for unnecessary delay. The government does not oppose the requested relief.

WHEREFORE, Defendant Tavalas Antuane Gaye, Jr., respectfully requests that this Court enter an Order continuing the August 26, 2026 sentencing hearing by thirty (30) days and extending all associated presentence deadlines accordingly.

DATED this 14th day of August, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of August, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to:

David P. Sullivan, AUSA

<u>*/s/ Ryan J. Maguire*</u>
Ryan J. Maguire
Assistant Federal Public Defender

5