# Exhibit A

*Letters of Support*

HONORABLE JUDGE: William.F. Jung

My Name is Brenda Bryant.
I am 53 years old. I am the Mother of TAVAIAS ANTUANE GAYE JR.
I am going to tell you A little about me as his Mother. I am the out of 6 Childern. I have Two kids Tavalas Gaye is my oldest and I have a daughter. her Name is Tamiya Bryant. We where All Born Raised in St. Petersburg Florida. I came from A Structure family Where their was Not any abuse. Verbaly or mentaly or Physicaly. I Was Raised By Both of my parents and lived in the house With All my Siblings Growing up with little Responsible. I graduated from high School and Became a Small Business owner.

Tavalas Gaye JR. Came from A Very Structure home. he was Never A problem child. I Never had to go to his Schools and pick him up for getting in trouble. or for his be-havior he loved Sports and his family.. When I Came to prison this became a very challanging for him he was left to Raise his little Sister. and take care of his Grandmother Claranell Bryant Who is 88 years old makeing Sure his little graduated from High School makeing it Very hard for him.

While I was Not their left him
to Drop out of School. and Take
on the life As And Adult.
After his Grandmother Became
Very Sick. With have Several Strokes
thing's Began to get very Stressful
for him. With out any Support
from other family members
his Grandmother Alway Counted
on him.
I will Say this if I was Not
In the Situation that I am in
Now your Honor that young man
Would Not Be Standing up in front
of you. I take total Responsibility
for his Action. Not Being their
to Support them.
I ask that he may receive
a fair Chance At life.

Respectfully
Brenda Bryant

Dear Honorable Judge William F. Jung,

I respectfully ask the Court to consider showing mercy during my cousin's sentencing. He has faced significant hardships from a young age that have shaped the course of his life. When he was just 16 years old, he lost his mother to incarceration, a devastating event that left him without the guidance and support every teenager needs. He also grew up without a consistent father figure, leaving him to navigate some of the most difficult years of his life without the stability, direction, or encouragement that many young people rely on. While these circumstances do not excuse his actions, they provide important context for the challenges he has had to overcome.

Despite everything he has endured, my cousin has remained devoted to our family, especially our grandmother, who is now very ill. He has been one of the people she depends on for care, companionship, and daily support. He has stepped up during a time when our family has needed him most, showing compassion, responsibility, and love for someone who means so much to all of us. His presence has made a meaningful difference in her life as she faces serious health challenges.

I know my cousin has made mistakes, and I am not asking the Court to overlook them. I simply ask that the Court consider the person he is beyond those mistakes and the difficult circumstances that have influenced his life. He has people who love him, believe in his ability to change, and are committed to supporting him as he moves forward. I respectfully ask that you consider a sentence that allows him the opportunity to continue caring for his grandmother, rebuilding his life, and becoming the man, we know he is capable of being. Thank you for your time, your consideration, and your compassion.

Sincerely Malik Brinson