# Exhibit B

*Allocution Statement*

Dear Honorable Judge Jung,

First and foremost, I want to thank you for taking the time to hear my case and for giving me the opportunity to share my story and the circumstances that have brought me before you.

My name is Tavalas Antuane Gaye Jr., and I am 27 years old. Although I have made mistakes in my past, this is my first time facing federal charges. I understand the seriousness of my situation, and I know that my actions have consequences. I am not writing this letter to make excuses for my choices, but to help you understand some of the challenges I faced growing up and, most importantly, my sincere desire to change my life for the better.

Growing up, much of my life was shaped by instability, family separation, and the absence of the guidance and support I needed. Like any child, I needed love, direction, and stability from my parents. I know that my parents loved me, but their struggles and involvement with the criminal justice system often kept them from being there for me in the ways I needed most.

My mother did her best to provide for me and care for me despite the difficulties she faced. I love her dearly, but some of the choices she made eventually contributed to our family being separated. When my mother left us, I experienced a painful separation from her that affected me deeply. My father was also absent from much of my life, and growing up without his consistent presence left me with feelings of hurt, confusion, and abandonment that I did not know how to handle. While I understand now that my parents had their own struggles and responsibilities, as a child, I found it difficult to understand why the people I needed most were not always there.

My grandmother was there for me as much as she could, and I am grateful for the love and support she gave me. She became an important source of stability in my life. As I grew older, I wanted to help take care of her and my little sister. I wanted to be someone they could depend on, but when my family needed me, I was not emotionally or mentally prepared for the responsibility I felt. I was carrying pain from my childhood while trying to figure out how to navigate life on my own.

Growing up in South St. Petersburg, Florida, I struggled to find positive role models and the guidance I needed to make better decisions. Instead of learning healthy ways to deal with my pain and circumstances, I sometimes turned to the wrong things to escape what I was feeling. Looking back, I understand that the challenges I experienced do not excuse the choices I made. I am responsible for my actions, and I sincerely regret the hurt, disappointment, and consequences they have caused.

Your Honor, I am not sharing my past to justify my actions or place the blame on my family or circumstances. I recognize that, regardless of what I experienced growing up, I am responsible for the decisions I make as an adult. I wish I had made better choices, sought guidance when I needed it, and understood sooner how my decisions could affect my future and the people I love. I cannot change what has happened, but I can take responsibility for my past and make a genuine effort to change the direction of my life.

I know that I need guidance, structure, and the opportunity to learn skills that will help me build a better future. I want to find honest employment, become self-sufficient, and make decisions that lead to a stable and productive life. I want to break the cycle of instability and poor choices that have affected my family, and become a man who leads by example rather than repeating the mistakes of the past. I know that becoming a better person will take more than words. It will require discipline, accountability, patience, and consistent effort, and I am willing to do that work.

What hurts me most about my current situation is the thought of losing more time with the people I love. I know what it feels like to grow up separated from a parent, and I understand how painful that absence can be. Having experienced separation from my mother when she went to prison and having grown up without my father consistently present, I do not want my little sister to experience more of that same pain because of my absence. The thought of missing my grandmother's remaining years or being unable to be there for my little sister as she grows up is heartbreaking. I want to be present in their lives, support them, and show them through my actions that I can become someone they can depend on and be proud of.

Being in county jail while awaiting sentencing has given me time to reflect deeply on my life and the consequences of my decisions. I have thought about the mistakes I have made, the people I may have hurt, the opportunities I have lost, and the changes I need to make. This experience has forced me to look honestly at myself and recognize that I cannot continue down the same path. I know there is more to life than the choices I have made, and I want the opportunity to prove that I can learn from this experience and build a different future.

Your Honor, I respectfully ask that you consider my circumstances, my remorse, my family responsibilities, and my potential for rehabilitation when making your sentencing decision. I understand that I must be held accountable for my actions, and I am not asking you to overlook my mistakes. I am asking for the opportunity to learn from them, make meaningful changes, and demonstrate through my conduct that I am capable of becoming a better man.

I cannot undo my past, but I do not want my past to determine the rest of my life. I want to become a responsible, hardworking, and dependable person who makes better decisions and contributes positively to his family and community. I want my grandmother and little sister to see that I have learned from this experience and that I am committed to making a better life for myself and the people I love. Your Honor, I humbly ask for your mercy and consideration. If I am given the opportunity to move forward and rebuild my life, I will not take that opportunity for granted. I understand that change must be demonstrated through actions, not simply promised in words. I am willing to put in the work, accept guidance, and take the necessary steps to become the man I know I can be.

Thank you for taking the time to read my letter and consider my circumstances. I sincerely appreciate your time and consideration, and I respectfully ask for the opportunity to change the direction of my life, be present for my family, and build a future defined not by my past mistakes, but by the positive choices I make from this point forward.

Respectfully,

Tavalas Antuane Gaye Jr.