
#17