
CE
TP9SFx
T6472-20 BG 55672 CENTURY ARMS INC GEORGIA, VT
Warning Read Safety Manual
CANIK
#5