
#5