

HK VP9 SK
9mm x 19
Heckler & Koch GmbH
Made in Germany
ADE
HG54
VP