
.40
GLOCK
6079-01
9mm
GLOCK
4422-02