
#15