
What treat is Impala thinking about eating that also starts with I?