
Pampers
swaddlers
Pampers
swaddlers
100% LEAKPROOF skin protection
78 DIAPERS COUCHES
Pampers
baby-dry
Pampers
baby-dry
days & nights
78
Pampers
swaddlers
100% LEAKPROOF skin protection
78 DIAPERS COUCHES
Wrangler
HUGGIES