
8/19/2025
BREAD AND ROSES
DOB
Female
Name:bentley,dasia
MI≤0.70 TIC≤0.46
V6LN
7.9 cm
29Hz
B Gain 44dB
1T OB
GS
YS
CRL
BPD
FL
Max AF
NT
GS1
GS2
GS3
164/164
x3