
Pregnant
Not Pregnant
Clearblue