
223 REM
FEDERAL
AMERICAN EAGLE
AWS