
Del Monte
Fresh Cut
FRENCH STYLE
GREEN BEANS
NON BPA
FOLD LOCK
120 BAGS
Reynolds Wrap
HUNGRY JACK
COMPLETE
BUTTERMILK
PANCAKE & WAFFLE MIX
NO ARTIFICIAL
NET WT 32 OZ (2 LB) 907g
ARM & HAMMER
pure
Baking Soda
100+ USES
simple solutions
Great Value
Sugar
Granula
Nutrition Facts