UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-465-WFJ-NHA

TAVALAS ANTUANE GAYE JR.

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called at sentencing:

1. Det. Allen Talbot, SPPD

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ David P. Sullivan*
David P. Sullivan
Assistant United States Attorney
Florida Bar No. 00111166
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.sullivan3@usdoj.gov

**U.S. v. TAVALAS GAYE** **Case No.: 8:25-cr-465-WFJ-NHA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

By: *_/s/ David P. Sullivan_*

David P. Sullivan
Assistant United States Attorney
Florida Bar No. 00111166
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.sullivan3@usdoj.gov