**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:** 8:25-cr-465-WFJ-NHA | **DATE:** October 16, 2026 | |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** N/A | |
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**TAVALAS ANTUANE GAYE, JR.,** | **GOVERNMENT COUNSEL**<br>David Sullivan, AUSA<br><br>**DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Lainey Fergueson | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:** 9:34 AM - 11:28 AM<br>**TOTAL:** 1 Hour 54 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Johanna Perez |

**PROCEEDINGS: SENTENCING**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One, Two, Three, and Four of the Indictment.

**Government Witness 1:** Detective Allen Talbot (Sworn). Direct examination by David Sullivan, AUSA. Cross examination by Ryan Maguire, AFPD. Redirect examination by David Sullivan, AUSA.

Statements made by counsel. Defendant made allocution to the Court. Statements made by Defendant's family member, Sherika Oliver. Statements made by Defendant's cousin, Malik Brinson.

**Imprisonment:** **ONE HUNDRED AND TWENTY (120) MONTHS.** This term consists of a 120-month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

- Confinement at FCI Coleman located in Florida.
- RDAP.
- Be evaluated for and participate in any vocational training the Bureau of Prisons deems appropriate, including but not limited to, HVAC, electrical, and CDL.

**Supervised Release: <u>THREE (3) YEARS.</u>** This term consists of a 3-year term as to Counts One through Four, all such terms to run concurrently.

**Fine: <u>Waived.</u> Special Assessment: <u>$400.00</u>,** to be paid immediately.

While on Supervised Release, the defendant shall comply with the mandatory and standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2. You must maintain and hold a full-time, verifiable, taxable job or you must perform 30 hours per week of community service.

3. You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

4. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.

The Defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

Court adjourned.