**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES,

Case No. 8:25-CR-465-WFJ-NHA

v.

TAVALAS ANTUANE GAYE JR.

## EXHIBIT LIST FOR SENTENCING

☒ Government ☐ Plaintiff(s) ☐ Defendant(s) ☐ Court ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **1** | | 10/16/2026 | Det. Allen Talbot | Daniel Defense Rifle and Ammunition found in Room C |
| **2** | | 10/16/2026 | Det. Allen Talbot | Canik TP9 9mm pistol found in Room D |
| **2a** | | 10/16/2026 | Det. Allen Talbot | Magazine and ammo from Canik TP9 pistol |
| **2b** | | 10/16/2026 | Det. Allen Talbot | Magazine and ammo from Canik TP9 pistol |
| **3** | | 10/16/2026 | Det. Allen Talbot | H&K VP9 SK 9mm pistol found in Room D |
| **3a** | | 10/16/2026 | Det. Allen Talbot | Magazine and ammo from H&K VP9 SK 9mm pistol found in Room D |
| **4** | | 10/16/2026 | Det. Allen Talbot | Glock Magazines found in Room D |
| **5** | | 10/16/2026 | Det. Allen Talbot | Box with Glock 23 found in Room D |

| | | | | |
|---|---|---|---|---|
| **5a** | | 10/16/2026 | Det. Allen Talbot | Glock 23 and ammo found in Room D |
| **6** | | 10/16/2026 | Det. Allen Talbot | Bin with marijuana from Room D |
| **6a** | | 10/16/2026 | Det. Allen Talbot | Marijuana in bin |
| **7a** | | 10/16/2026 | Det. Allen Talbot | Photo of marijuana from T. Gaye's phone |
| **7b** | | 10/16/2026 | Det. Allen Talbot | Photo of marijuana from T. Gaye's phone |
| **7c** | | 10/16/2026 | Det. Allen Talbot | Photo of marijuana from T. Gaye's phone |
| **8** | | 10/16/2026 | Det. Allen Talbot | Boxes of diapers in Room D |
| **9** | | 10/16/2026 | Det. Allen Talbot | Photo of ultrasound from T. Gaye's phone |
| **10** | | 10/16/2026 | Det. Allen Talbot | Photo of pregnancy test from T. Gaye's phone |
| **11** | | 10/16/2026 | Det. Allen Talbot | Shoe boxes in corner of Room C |
| **12** | | 10/16/2026 | Det. Allen Talbot | Photo of pot found in kitchen |
| **13** | | 10/16/2026 | Det. Allen Talbot | Photo of baking soda |
| **14** | | 10/16/2026 | Det. Allen Talbot | Photo of cocaine base from Dodge Challenger |
| **15** | | 10/16/2026 | Det. Allen Talbot | Surveillance video from Aug. 12th Deal |

| | | | | |
|---|---|---|---|---|
| **16** | | 10/16/2026 | Det. Allen Talbot | UC video from Aug. 12th Deal |
| **17** | | 10/16/2026 | Det. Allen Talbot | Pole Camera video from Aug. 25th Deal |
| **18** | | 10/16/2026 | Det. Allen Talbot | UC video from Aug. 25th Deal |
| **19** | | 10/16/2026 | Det. Allen Talbot | Photo of rifles from Gaye’s phone |