**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES,

Case No. 8:25-CR-465-WFJ-NHA

v.

TAVALAS ANTUANE GAYE JR.

## EXHIBIT LIST FOR SENTENCING

☐ Government ☐ Plaintiff(s) ☒ Defendant(s) ☐ Court ☐ Other:

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| **1** | | 10/16/2026 | | Pinellas County Docket Sheet |

PINELLAS COUNTY

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT & COMPTROLLER



FLORIDA'S CLERKS OF COURT AND COMPTROLLERS
Bring You
CCIS COMPREHENSIVE CASE INFORMATION SYSTEM

Maguire71

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested |
|---|---|---|---|---|---|---|
| 522025CF006027000APC [25-06027-CF] | 07/03/2025 | 10/06/2025 | PINELLAS | FELONY | CLOSED | No |

| | Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|---|
| | 1 | TAMPERING WITH PHYSICAL EVIDENCE | 07/23/2025 | Prosecutor:No Action | |
| | 2 | CARRYING A CONCEALED FIREARM | 10/06/2025 | Court:Adjudicated Guilty | No Trial |
| | 3 | OBSTRUCTING OR RESISTING OFFICER WITHOUT VIOLENCE | 10/06/2025 | Court:Adjudicated Guilty | No Trial |
| | 4 | POSSESSION OF MARIJUANA | 10/06/2025 | Court:Adjudicated Guilty | No Trial |
| | 5 | POSSESSION OF MARIJUANA | 07/23/2025 | Prosecutor:No Action | |

| | Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|---|
| | SERCUS, JULIE LYN | JUDGE | | |
| | SERCUS, JULIE LYN | JUDGE AT DISPOSITION | | |
| | STATE OF FLORIDA | STATE ATTORNEY | WOOD, JESSE EDWARD | 1039107 |
| | REED, PHAREE REYAUN Search This Party | DEFENDANT | | |
| | WOOD, JESSE | ASSIST STATE'S ATTORNEY | | |

**Dockets** Viewable Processing Request Requested Not Viewable

Page : 1 10

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 1 | 07/04/2025 | ADV HRG - BOND AMENDED $10000.00 | |
| | 2 | 07/04/2025 | MISCELLANEOUS TEXT - ICD BOND AMENDED $5000.00 - CHARGE 01 | |
| | 3 | 07/04/2025 | MISCELLANEOUS TEXT - ICD BOND AMENDED $5000.00 - CHARGE 02 | |
| | 4 | 07/04/2025 | COMPLAINT & ADVISORY | 8 |
| | 4 | 07/04/2025 | COMPLAINT & ADVISORY | 2 |
| | 5 | 07/04/2025 | ORDER OF PROBABLE CAUSE FOUND | |
| | 6 | 07/04/2025 | PD APPOINTED WRITTEN PLEA NG BY PD & DEMAND FOR DISCOVERY PROVISIONAL | 1 |
| | 7 | 07/04/2025 | ORDER OF PROBABLE CAUSE PASSED 24HR | |
| | 8 | 07/04/2025 | FELONY ADVISORY RETURN 7/5/2025 | |
| | 9 | 07/04/2025 | ADV HRG - NO CHANGE IN BOND | |

**Judge Assignment History**

**Court Events**

**Sentences**

**Financial Summary**

**Reopen History**