APPEAL,CUSTODY,PLED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:25−cr−00465−WFJ−NHA All Defendants

Case title: USA v. Gaye

Magistrate judge case number: 8:25−mj−02897−CPT

Date Filed: 09/23/2025

---

Assigned to: Judge William F. Jung
Referred to: Magistrate Judge
Natalie Hirt Adams

**Defendant (1)**

**Tavalas Antuane Gaye, Jr.** represented by **Ryan J. Maguire**
Federal Defender Office, MDFL
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2075
Email: ryan_maguire@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F DISTRIBUTION OF COCAINE (1) | Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00 |
| 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE−COCAINE (2) | Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00 |
| 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, | Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, |

| | |
|---|---|
| DISTRIBUTE, OR DISPENSE−COCAINE (3) | and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00 |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (4) | Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC., 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE | |

---

**Plaintiff**

**USA** represented by

**David P. Sullivan**
DOJ−USAO
400 N. Tampa St.
Suite 3200
Tampa, FL 33602
813−274−6000
Fax: 813−274−6200
Email: david.sullivan3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Suzanne C. Nebesky**
US Attorney's Office − FLM
Suite 3200

400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Email: suzanne.nebesky@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2025 | 1 | COMPLAINT as to Tavalas Antuane Gaye, Jr (1). (AMS) [8:25−mj−02897−CPT] (Entered: 08/29/2025) |
| 08/29/2025 | | Arrest of Tavalas Antuane Gaye, Jr on 8/29/2025 (AMS) [8:25−mj−02897−CPT] (Entered: 08/29/2025) |
| 08/29/2025 | 3 | ***CJA 23 Financial Affidavit by Tavalas Antuane Gaye, Jr. (AMS) [8:25−mj−02897−CPT] (Entered: 08/29/2025) |
| 08/29/2025 | 6 | ORAL MOTION to Appoint Counsel by Tavalas Antuane Gaye, Jr. (AMS) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 08/29/2025 | 7 | ORAL MOTION for Detention by USA as to Tavalas Antuane Gaye, Jr. (AMS) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 08/29/2025 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 6 Motion to Appoint Counsel as to Tavalas Antuane Gaye Jr. (1); granting 7 Motion for Detention as to Tavalas Antuane Gaye Jr. (1); Initial Appearance as to Tavalas Antuane Gaye, Jr held on 8/29/2025. (Digital) (AMS) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 08/29/2025 | 9 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Tavalas Antuane Gaye, Jr: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (AMS) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 08/29/2025 | 10 | **ORDER OF DETENTION PENDING TRIAL as to Tavalas Antuane Gaye, Jr Signed by Magistrate Judge Christopher P. Tuite on 8/29/2025. (AMS)** [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 09/02/2025 | 5 | Arrest Warrant Returned Executed on 8/29/2025 as to Tavalas Antuane Gaye, Jr. (EGP) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 09/03/2025 | 4 | NOTICE OF ATTORNEY APPEARANCE: Ryan J. Maguire appearing for Tavalas Antuane Gaye, Jr (Maguire, Ryan) [8:25−mj−02897−CPT] (Entered: 09/03/2025) |
| 09/23/2025 | 12 | INDICTMENT returned in open court as to Tavalas Antuane Gaye, Jr (1) count(s) 1, 2. (Attachments: # 1 Restricted Unredacted Indictment) (EGP) (Entered: 09/24/2025) |
| 09/23/2025 | | Counts added: Tavalas Antuane Gaye, Jr (1) count(s) 3, 4 (CTR) (Entered: 09/25/2025) |
| 09/25/2025 | 14 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Tavalas Antuane Gaye, Jr: Arraignment set for 10/10/2025 at 11:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. Note: Defense counsel and Defendant are not required to appear provided the appropriate waiver of appearance and entry of plea of not guilty is filed in a timely manner (waiver attached). (CDR) (Entered: 09/25/2025) |
| 09/25/2025 | 15 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Tavalas Antuane Gaye, Jr. Motion referred to Natalie Hirt Adams. (Maguire, Ryan) (Entered: 09/25/2025) |
| 09/26/2025 | 16 | **ORDER granting 15 Waiver of Presence at Arraignment as to Tavalas Antuane Gaye Jr. (1). Signed by Magistrate Judge Natalie Hirt Adams on 9/26/2025. (CDR)** (Entered: 09/29/2025) |
| 09/29/2025 | 17 | NOTICE canceling Arraignment hearing scheduled for 10/10/2025 as to Tavalas Antuane Gaye, Jr. Defense counsel and Defendant are not required to appear. Counsel for the Government is still required to appear. (CDR) (Entered: 09/29/2025) |
| 09/29/2025 | 18 | NOTICE OF HEARING as to Tavalas Antuane Gaye, Jr: Arraignment set for 10/10/2025 at 11:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 09/29/2025) |
| 10/10/2025 | 19 | ORAL MOTION for Reciprocal Discovery by USA as to Tavalas Antuane Gaye, Jr. (CDR) (Entered: 10/10/2025) |
| 10/10/2025 | 20 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 19 ORAL MOTION for Discovery as to Tavalas Antuane Gaye Jr. (1); ARRAIGNMENT as to Tavalas Antuane Gaye Jr. (1) Count 1, 2, 3, 4, held on 10/10/2025 Defendant(s) pled not guilty. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 10/10/2025) |
| 10/10/2025 | 21 | **PRETRIAL DISCOVERY ORDER and notice as to Tavalas Antuane Gaye, Jr. This case is set before the Honorable William F. Jung, United States District Judge for the December 2025 trial term beginning 12/1/2025 at 09:00 AM in Tampa Courtroom 15 B and for a telephonic Status Conference set for 11/13/2025 at 11:00 AM Signed by Magistrate Judge Natalie Hirt Adams on 10/10/2025. (CDR)** (Entered: 10/10/2025) |
| 10/14/2025 | 22 | NOTICE OF ATTORNEY APPEARANCE Suzanne C. Nebesky appearing for USA. *(For Forfeiture Matters)* (Nebesky, Suzanne) (Entered: 10/14/2025) |
| 11/12/2025 | 23 | NOTICE OF HEARING as to Tavalas Antuane Gaye, Jr: Telephonic Status Conference is set for Thursday, November 13, 2025, at 11:00 AM before Judge William F. Jung. At least 10 minutes prior to the hearing, the parties shall call 1−855−244−8681 and enter access code 2309 747 1931. Defendant's presence is not required. Although the Status Conference is taking place by telephone, the parties are hereby reminded that under Local Rule 5.01 the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited. (GL) Modified text on 11/12/2025 (GL). (Entered: 11/12/2025) |
| 11/13/2025 | 24 | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to Tavalas Antuane Gaye, Jr held on 11/13/2025. David |

| | | |
|---|---|---|
| | | Sullivan appeared for the United States. Ryan Maguire appeared for Defendant. Discovery outstanding. Defense counsel requested a continuance. No objections from the Government. For the reasons stated on the record, the Court grants Defendant's request. The Court set this for a February Trial term with a January Status. Ends of justice findings made. Hearing time: 11:30 − 11:31 (1) (Text only entry). Court Reporter: Tana Hess. (GL) (Entered: 11/17/2025) |
| 11/13/2025 | 25 | ORAL MOTION to Continue trial by Tavalas Antuane Gaye, Jr. (GL) (Entered: 11/17/2025) |
| 11/13/2025 | 26 | **ORAL ORDER granting 25 Motion to Continue as to Tavalas Antuane Gaye Jr. (1) Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.This case is set for the February 2026 Trial Term. Telephonic Status Conference is set for Thursday, January 8, 2026, at 11:00 AM before Judge William F. Jung. At least 10 minutes prior to the hearing, the parties shall call 1−855−244−8681 and enter access code 2303 384 1575. Defendant's presence is not required. Signed by Judge William F. Jung on 11/13/2025. (GL)** (Entered: 11/17/2025) |
| 12/29/2025 | 27 | NOTICE OF RESCHEDULING HEARING: The Telephonic Status Conference hearing previously scheduled for 01/08/2026 is rescheduled as to Tavalas Antuane Gaye, Jr. New hearing date and time: Telephonic Status Conference is set for Wednesday, January 7, 2026 at 10:30 AM before Judge William F. Jung. At least 15 minutes prior to the hearing, the parties shall call 1−855−244−8681 and enter access code 2303 384 1575. Defendant's presence is not required.(GL) (Entered: 12/29/2025) |
| 01/07/2026 | 28 | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to Tavalas Antuane Gaye, Jr held on 1/7/2026. Court Reporter: Tana Hess (BGS) (Entered: 01/07/2026) |
| 01/07/2026 | 29 | ORAL MOTION to Continue trial by Tavalas Antuane Gaye, Jr. (BGS) (Entered: 01/07/2026) |
| 01/07/2026 | 30 | **ORAL ORDER granting 29 ORAL Motion to Continue as to Tavalas Antuane Gaye Jr. (1). Jury Trial set for term commencing 4/6/2026 in Tampa Courtroom 15 B before Judge William F. Jung. Telephonic Status Conference set for 3/12/2026 at 11:00 AM before Judge William F. Jung. After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the April 2026 trial calendar constitutes excludable time. Signed by Judge William F. Jung on 1/7/2026. (BGS)** (Entered: 01/07/2026) |
| 02/18/2026 | 31 | NOTICE *to the Court Regarding Forfeiture* by USA as to Tavalas Antuane Gaye, Jr (Nebesky, Suzanne) (Entered: 02/18/2026) |
| 03/12/2026 | 32 | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to Tavalas Antuane Gaye, Jr held on 3/12/2026. David Sullivan appeared for the United States. Ryan Maguire appeared for the defendant. Plea is possible. Defendant requests more time to review discovery. Government does not object. For the reasons stated on the record, the Court set this for a May trial term |

| | | |
|---|---|---|
| | | with April status. Ends of justice findings made. Hearing time: 11:14 − 11:16 (2 Minutes) (Text only entry). Court Reporter: Rebecca Sabo (GL) (Entered: 03/12/2026) |
| 03/12/2026 | 33 | ORAL MOTION to Continue trial by Tavalas Antuane Gaye, Jr. (GL) (Entered: 03/12/2026) |
| 03/12/2026 | 34 | **ORAL ORDER granting 33 Motion to Continue as to Tavalas Antuane Gaye Jr. (1). Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.This case is set for the May 2026 Trial Term. Telephonic Status Conference is set for Thursday, April 9, 2026 at 11:00 AM before Judge William F. Jung. At least 15 minutes prior to the hearing, the parties shall call 1−855−244−8681 and enter access code 2301 732 3904. Defendant's presence is not required. Signed by Judge William F. Jung on 3/12/2026. (GL)** (Entered: 03/12/2026) |
| 04/09/2026 | 35 | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to Tavalas Antuane Gaye, Jr held on 4/9/2026. Lindsey Schmidt (Covering for David Sullivan) appeared for the United States. Ryan Maguire appeared for defendant. Defendant may plea. Defense counsel notified the Court that the Defendant was transferred to a different jail and his discovery was not provided during the transfer. Defense counsel requests a continuance. Government does not object. For the reasons stated on the record, the Court set this for a June Trial term with a May Status. Ends of justice findings made. Hearing time: 11:18 − 11:20 (2 Minutes) (Text only entry). Court Reporter: Rebecca Sabo (GL) (Entered: 04/10/2026) |
| 04/09/2026 | 36 | ORAL MOTION to Continue trial by Tavalas Antuane Gaye, Jr. (GL) (Entered: 04/10/2026) |
| 04/09/2026 | 37 | **ORAL ORDER granting 36 Motion to Continue as to Tavalas Antuane Gaye Jr. (1). Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.This case is set for the June 2026 Trial Term. Telephonic Status Conference is set for Thursday, May 14, 2026, at 11:00 AM before Judge William F. Jung. At least 15 minutes prior to the hearing, the parties shall call 1−855−244−8681 and enter access code 2301 607 4513. Defendant's presence is not required. Signed by Judge William F. Jung on 4/9/2026. (GL)** (Entered: 04/10/2026) |
| 05/12/2026 | 38 | NOTICE OF HEARING as to Tavalas Antuane Gaye, Jr: Guilty Plea Hearing set for 5/22/2026 at 02:30 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 05/12/2026) |
| 05/14/2026 | 39 | NOTICE **CANCELING** Telephonic Status Conference hearing scheduled for 5/14/2026 as to Tavalas Antuane Gaye, Jr. In lieu of the 5/14/2026 telephonic status, the parties will submit written status reports and proposed trial dates no later than 5:00 PM Monday, May 18, 2026. (GL) (Entered: 05/14/2026) |
| 05/18/2026 | 40 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Tavalas Antuane Gaye, Jr (Sullivan, David) (Entered: 05/18/2026) |

| | | |
|---|---|---|
| 05/18/2026 | 41 | STATUS REPORT by USA as to Tavalas Antuane Gaye, Jr (Sullivan, David) (Entered: 05/18/2026) |
| 05/22/2026 | 42 | CONSENT regarding entry of a plea of guilty as to Tavalas Antuane Gaye, Jr (CDR) (Entered: 05/22/2026) |
| 05/22/2026 | 43 | CONSENT to institute presentence investigation report as to Tavalas Antuane Gaye, Jr. (CDR) (Entered: 05/22/2026) |
| 05/22/2026 | 44 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: GUILTY PLEA HEARING as to Tavalas Antuane Gaye, Jr held on 5/22/2026. (Interpreter/Language: N/A) (CDR) (Entered: 05/22/2026) |
| 05/22/2026 | 45 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) One, Two and Three of the Indictment as to Tavalas Antuane Gaye, Jr. Signed by Magistrate Judge Natalie Hirt Adams on 5/22/2026. (CDR)** (Entered: 05/22/2026) |
| 05/26/2026 | 46 | **JUNE 2026 TRIAL CALENDAR as to Tavalas Antuane Gaye, Jr. Signed by Judge William F. Jung on 5/26/2026. (GL)** (Entered: 05/26/2026) |
| 06/05/2026 | 47 | **ENDORSED ORDER adopting 45 Report and Recommendations on Plea of Guilty as to Tavalas Antuane Gaye Jr. (1). Signed by Judge William F. Jung on 6/5/2026. (Jung, William)** (Entered: 06/05/2026) |
| 06/05/2026 | 48 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) One, Two, Three, and Four of the Indictment as to Tavalas Antuane Gaye, Jr. Signed by Judge William F. Jung on 6/5/2026. Sentencing set for Thursday, August 27, 2026 at 11:30AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 06/05/2026) |
| 07/08/2026 | 49 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 8/27/2026 is rescheduled as to Tavalas Antuane Gaye, Jr. New hearing date and time: Final Hearing re Revocation of Supervised Release set for Wednesday, August 26, 2026 at 9:30 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 07/08/2026) |
| 08/14/2026 | 51 | Unopposed MOTION to Continue Sentencing by Tavalas Antuane Gaye, Jr. (Maguire, Ryan) (Entered: 08/14/2026) |
| 08/17/2026 | 52 | **ENDORSED ORDER granting 51 Motion to Continue as to Tavalas Antuane Gaye Jr. (1). Sentencing set for Friday, October 16, 2026 at 9:30AM in Tampa Courtroom 15B before Judge William F. Jung. Signed by Judge William F. Jung on 8/17/2026. (GL)** (Entered: 08/17/2026) |
| 10/13/2026 | 55 | SENTENCING MEMORANDUM by Tavalas Antuane Gaye, Jr (Attachments: # 1 Exhibit A − Letters of Support, # 2 Exhibit B − Allocution Statement)(Maguire, Ryan) (Entered: 10/13/2026) |
| 10/15/2026 | 56 | SENTENCING MEMORANDUM by USA as to Tavalas Antuane Gaye, Jr (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 2a, # 4 Exhibit 2b, # 5 Exhibit 3, # 6 Exhibit 3a, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 5a, # 10 Exhibit 6, # 11 Exhibit 6a, # 12 Exhibit 7a, # 13 Exhibit 7b, # 14 Exhibit 7c, # 15 Exhibit 8, # 16 Exhibit 9, # 17 Exhibit 10, # 18 Exhibit 11, # 19 Exhibit 12, # 20 Exhibit 13)(Sullivan, David) (Entered: 10/15/2026) |
| 10/16/2026 | 57 | |

| | | |
|---|---|---|
| | | WITNESS LIST by USA as to Tavalas Antuane Gaye, Jr (Sullivan, David) (Entered: 10/16/2026) |
| 10/16/2026 | 58 | EXHIBIT LIST by USA as to Tavalas Antuane Gaye, Jr (Sullivan, David) (Entered: 10/16/2026) |
| 10/16/2026 | 59 | Minute Entry for In Person proceedings held before Judge William F. Jung: SENTENCING held on 10/16/2026 for Tavalas Antuane Gaye, Jr. (1), Count(s) 1, 2, 3, 4, Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00. Court Reporter: Lainey Fergueson (GL) (Entered: 10/21/2026) |
| 10/21/2026 | 60 | **JUDGMENT as to Tavalas Antuane Gaye, Jr. (1), Count(s) 1, 2, 3, 4, Imprisonment: 120 Months. This term consists of a 120−month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; Supervised Release: 3 Years; This term consists of a 3−year term as to Counts One through Four, all such terms to run concurrently; Fine: Waived; Special Assessment: $400.00. Signed by Judge William F. Jung on 10/16/2026. (GL)** (Entered: 10/21/2026) |
| 10/21/2026 | 62 | EXHIBIT LIST and exhibits admitted by USA as to Tavalas Antuane Gaye, Jr during sentencing held on 10/16/2026. (GL) (Attachment(s): # 1 Exhibit 1−14) (Note: Exhibits 15−19 are videos contained on a CD stored in the Clerk's Office exhibit room) (GL). Modified text on 10/21/2026 (GL). (Entered: 10/21/2026) |
| 10/21/2026 | 63 | EXHIBIT LIST and exhibit admitted during sentencing held on 10/16/2026 by Tavalas Antuane Gaye, Jr. (GL) (Entered: 10/21/2026) |
| 10/22/2026 | 64 | NOTICE OF APPEAL by Tavalas Antuane Gaye, Jr re 60 Judgment. Filing fee not paid. (Maguire, Ryan) (Entered: 10/22/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

TAVALAS ANTUANE GAYE, JR.

Case Number: 8:25-cr-465-WFJ-NHA

USM Number: 05882-512

Ryan Maguire, AFPD

## JUDGMENT IN A CRIMINAL CASE

The Defendant pleaded guilty as to Counts One, Two, Three, and Four of the Indictment. The Defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 | Distribution of Cocaine | On or about August 5, 2025 | One |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 | Distribution of Cocaine | On or about August 12, 2025 | Two |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 | Distribution of Cocaine | On or about August 25, 2025 | Three |
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Possession of a Firearm and Ammunition by a Convicted Felon | On or about August 29, 2025 | Four |

The Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant shall notify the court and United States Attorney of any material change in the Defendant's economic circumstances.

Date of Imposition of Judgment:

October 16, 2026

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

October 16th, 2026

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED AND TWENTY (120) MONTHS.** This term consists of a 120-month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

- Confinement at FCI Coleman located in Florida.
- RDAP.
- Be evaluated for and participate in any vocational training the Bureau of Prisons deems appropriate, including but not limited to, HVAC, electrical, and CDL.

The Defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

________________________________________

Defendant delivered on ________________ to ________________________

at ________________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By: ______________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the Defendant will be on supervised release for a term of **THREE (3) YEARS.** This term consists of a 3-year term as to Counts One through Four, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.
4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

The Defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The Defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame.
2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.
3. Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. Defendant shall answer truthfully the questions asked by your Probation Officer
5. Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
6. Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.
10. Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.
13. Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:______________________________ Date:_________________________

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2. You must maintain and hold a full-time, verifiable, taxable job or you must perform 30 hours per week of community service.

3. You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

4. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

## CRIMINAL MONETARY PENALTIES

The Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|
| $400.00 | N/A | WAIVED | N/A | N/A |

## SCHEDULE OF PAYMENTS

Having assessed The Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the Probation Officer, or the United States attorney.

The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.:8:25-CR-465-WFJ-NHA**

**TAVALAS ANTUANE GAYE, JR.**
______________________________________ /

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Tavalas Antuane Gaye, Jr., the defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 21st day of October 2026. Doc. 60.

DATED this 22nd day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to listed counsels and:

David Sullivan, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender